### In re The LEONARD JED COMPANY, Debtor.

### Bankruptcy No. 84–BX–1813.

United States Bankruptcy Court, D. Maryland.

Aug. 31, 1990.

Harvey M. Lebowitz, Jay A. Shulman, Frank, Bernstein, Conaway & Goldman, Baltimore, Md., for Creditors' Committee.

David S. Musgrave, Formerly of Semmes, Bowen & Semmes, Baltimore, Md., now with Piper & Marbury, Baltimore, Md., for debtor.

---

## ORDER GRANTING MOTION FOR RECONSIDERATION

JAMES F. SCHNEIDER, Bankruptcy Judge.

The Opinion and Order of July 7, 1989 is hereby amended as follows:

1. Substitute "Jay Shulman" for "Jay Shuster" in Finding of Fact No. 8.

2. Strike Conclusions of Law Nos. 7(b), 7(c), 10, 19 and 20.

Interim compensation in the amount of $53,147.98 and reimbursement of out-of-pocket expenses in the amount of $3,050.67 are hereby awarded to the law firm of Frank, Bernstein, Conaway & Goldman for services rendered as counsel to the official committee of unsecured creditors in this case.

SO ORDERED.